EAST, LLCUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMIE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | Circuit Court of St. Charles County, |
| RAC ACCEPTANCE EAST, LLC d/b/a ) | Missouri,  Case No. 1711-CC00948 |
| ACCEPTANCE NOW, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL

TO:   Amie Smith through attorney of Record Dominic M. Pontello

PLEASE TAKE NOTICE that Defendant RAC ACCEPTANCE EAST, LLC d/b/a ACCEPTANCE NOW has this day filed its Notice of Removal in the United States District Court for the Eastern District of Missouri, for the removal of the action entitled *AMIE SMITH v. RAC ACCEPTANCE EAST, LLC d/b/a ACCEPTANCE NOW*, Case No. 1711-CC00948, originally filed in the Circuit Court for St. Charles County.  A copy of the Notice of Removal, which includes a copy of the pleadings from the state court file, is attached as Exhibit A.

DATED this 14th day of April, 2017.

{00259613. 1}

Respectfully submitted,

SHANDS, ELBERT,
GIANOULAKIS & GILJUM, LLP

/s/ *Robert A. Useted*
Robert A. Useted #29849MO
1 North Brentwood Blvd., Suite 800
St. Louis, MO 63105
(314) 241-3963
(314) 241-2509 (fax)
ruseted@shandselbert.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following. I hereby certify the a copy was also placed in the U.S. Mail to the attorney of record, on this 14th day of April, 2017, to:

Dominic M. Pontello
406 Boones Lick Rd.
St. Charles, MO 63301
dominic@pontellolaw.com
ATTORNEYS FOR PLAINTIFF

   /s/ Robert A. Useted
For the Firm

{00259613. 1}